**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HERON THERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FRESENIUS KABI USA, LLC <br><br> Defendant. | C.A. No. 22-985-WCB |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on January 6, 2023, Defendant Fresenius Kabi USA, LLC served a true and correct copy of its Initial Disclosures Pursuant to Paragraph 3 of the Default Standard for Discovery on the following counsel via email:

Jack B. Blumenfeld
Jeremy A. Tigan
**MORRIS, NICHOLS, ARSHT & TUNNELL**
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

| | |
|---|---|
| Dated: January 6, 2023 | SMITH, KATZENSTEIN & JENKINS LLP <br><br> */s/ Eve H. Ormerod* <br> Neal C. Belgam (No. 2721) <br> Eve H. Ormerod (No. 5369) <br> 1000 West Street, Suite 1501 <br> Wilmington, DE 19801 <br> (302) 652-8400 <br> nbelgam@skjlaw.com <br> eormerod@skjlaw.com <br><br> *Attorneys for Defendant Fresenius Kabi USA, LLC* |