IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HERON THERAPEUTICS, INC., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 22-985-WCB |
| v. | ) ) | |
| FRESENIUS KABI USA, LLC | ) ) | |
| Defendant. | ) | |

**JOINT MOTION AND ORDER REGARDING PERSONAL ELECTRONIC DEVICES AND TRIAL EQUIPMENT**

Plaintiff Heron Therapeutics, Inc. and Defendant Fresenius Kabi USA, LLC jointly move that attorneys, support staff, clients, and witnesses involved in trial be permitted to keep in their possession in court their electronic devices, including but not limited to phones, tablets, laptop computers, and charging devices, as well as all necessary trial equipment (including computer monitors, audio system, and overhead projector), during the June 20, 2024 and June 21, 2024 courtroom setup and the trial set to begin June 24, 2024.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SMITH, KATZENSTEIN & JENKINS LLP |
| */s/ Anthony D. Raucci* | */s/ Daniel A. Taylor* |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com<br>araucci@morrisnichols.com | Neal C. Belgam (#2721)<br>Daniel A. Taylor (#6934)<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>nbelgam@skjlaw.com<br>dtaylor@skjlaw.com |
| *Attorneys for Plaintiff*<br>*Heron Therapeutics, Inc.* | *Attorneys for Defendant*<br>*Fresenius Kabi USA, LLC* |
| OF COUNSEL:<br><br>Bruce M. Wexler<br>Isaac S. Ashkenazi<br>Christopher P. Hill<br>Mark Russell Sperling<br>Justin T. Fleischacker<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212) 318-6000 | OF COUNSEL:<br><br>Imron T. Aly<br>Kevin M. Nelson<br>Helen H. Ji<br>Julie A. Vernon<br>ARENTFOX SCHIFF LLP<br>233 South Wacker Drive<br>Suite 7100<br>Chicago, IL 60606<br>(312) 258-5500 |

June 19, 2024

SO ORDERED, this 20th day of June, 2024.

_____
UNITED STATES CIRCUIT JUDGE

2