## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HERON THERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FRESENIUS KABI USA, LLC, <br><br> Defendant. | C.A. No. 22-985-WCB |

### STIPULATION AND ORDER AMENDING CERTAIN PRETRIAL ORDER EXCHANGES

At Wilmington on this 21st day of June, 2024;

WHEREAS, in view of the Court's Pretrial Order (D.I. 160), Plaintiff Heron Therapeutics, Inc. ("Heron") and Defendant Fresenius Kabi USA, LLC ("Fresenius") have agreed to amend certain exchange deadlines and processes in order to better accommodate the trial schedule and to meet the Court's deadlines during trial:

NOW THEREFORE, Heron and Fresenius, by their undersigned counsel, and subject to the approval of the Court, STIPULATE as follows:

1. With respect to paragraph 37 of the Pretrial Order (D.I. 160 at ¶ 37), with the trial day ending at 6:00 pm ET, the parties shall exchange demonstrative exhibits to be used in connection with direct examination of a witness by 7:00 pm ET on the calendar day before such direct examination is expected to take place. The parties will meet and confer by 7:30 pm ET to discuss objections, and any objections will be submitted to the court at 8:00 pm ET or as soon thereafter as possible.

2. For the deposition designations in paragraph 50-51 of the Pretrial Order (D.I. 160 at ¶¶ 50-51), in order to accommodate the requirements of paragraph 51 and to allow for counterdesignations, affirmative designations shall be served by 7:00 pm ET three (3) calendar

days before they will be played in court, counterdesignations (and no objections) shall then be served by 7:00 pm ET two (2) calendar days before being played, and the party making the initial designation will provide the final version of the clips that will actually be played by 7:00 pm ET the calendar day before the witness is to be called at trial.

      3.      Moreover, with respect to deposition designations (D.I. 160 at ¶¶ 50-51), the designating party also provide with its affirmative designations served by 7:00 pm ET (3) calendar days before they will be played in court, the witness description it proposes to read with the testimony and the counterdesignating party will provide any revisions with its counterdesignations served by 7:00 pm ET (2) calendar days before being played.

Dated: June 21, 2024

SO STIPULATED:

*/s/ Jeremy A. Tigan*
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

OF COUNSEL:

Bruce M. Wexler
Isaac S. Ashkenazi
Christopher P. Hill
Mark Russell Sperling
Justin T. Fleischacker
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
(212) 318-6000

*Attorneys for Plaintiff*
*Heron Therapeutics, Inc.*

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

OF COUNSEL:

Imron T. Aly
Kevin M. Nelson
Helen H. Ji
Julie A. Vernon
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
(312) 258-5500
Imron.Aly@afslaw.com
Kevin.Nelson@afslaw.com
Helen.Ji@afslaw.com
Julie.Vernon@asflaw.com

*Attorneys for Defendant*
*Fresenius Kabi USA, LLC*

**SO ORDERED** this 21st day of June, 2024.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE