IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HERON THERAPEUTICS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 22-985 (WCB) |
| FRESENIUS KABI USA, LLC, | ) ) ) |
| Defendant. | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Del. LR 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Karthik R. Kasaraneni of PAUL HASTINGS LLP to represent Plaintiff Heron Therapeutics, Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

_____
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiff Heron Therapeutics, Inc.*

OF COUNSEL:

Bruce M. Wexler
Isaac S. Ashkenazi
Christopher P. Hill
Mark Russell Sperling
Justin T. Fleischacker
Kedar Venkataramani
Stephen Kruse
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
(212) 318-6000

July 30, 2024

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 01/01/2024, I further certify that the annual fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: 07/30/24

*/s/ Karthik R. Kasaraneni*

Karthik R. Kasaraneni
PAUL HASTINGS, LLP
2050 M Street NW
Washington, DC
(202) 551-1700
karthikkasaraneni@paulhastings.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 30, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Neal C. Belgam, Esquire<br>Daniel A. Taylor, Esquire<br>SMITH, KATZENSTEIN & JENKINS LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE  19801<br>*Attorneys for Defendant Fresenius Kabi USA, LLC* | *VIA ELECTRONIC MAIL* |
| Imron T. Aly, Esquire<br>Kevin M. Nelson, Esquire<br>Helen H. Ji, Esquire<br>Julie A. Vernon, Esquire<br>Mallory McMahon, Esquire<br>ARENTFOX SCHIFF LLP<br>233 South Wacker Drive, Suite 7100<br>Chicago, IL  60606<br>*Attorneys for Defendant Fresenius Kabi USA, LLC* | *VIA ELECTRONIC MAIL* |

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)