# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

**JEREMY A. TIGAN**
(302) 351-9106
jtigan@morrisnichols.com

December 8, 2024

The Honorable William C. Bryson                            *VIA ELECTRONIC FILING*
United States Court of Appeals
Howard T. Markey National
Courts Building
717 Madison Place, N.W.
Washington, DC 20439-0000

    Re:   *Heron Therapeutics, Inc. v. Fresenius Kabi USA, LLC*; C.A. No. 22-985 (WCB)

Dear Judge Bryson:

    Pursuant to the instruction contained in the Court's December 3, 2024 Findings of Fact & Conclusions of Law (D.I. 193 at 58), enclosed is Heron's proposed form of final judgment.

    Respectfully,

    */s/ Jeremy A. Tigan*

    Jeremy A. Tigan (#5239)

JAT:lo
Enclosure
cc:   All Counsel of Record (via CM/ECF and e-mail)