AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **for the District of Delaware** on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>7/27/2022 | U.S. DISTRICT COURT<br>for the District of Delaware |
|---|---|---|
| PLAINTIFF<br>HERON THERAPEUTICS, INC. | | DEFENDANT<br>FRESENIUS KABI USA, LLC, and<br>FRESENIUS KABI AG |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 9,561,229 B2 | 2/7/2017 | Heron Therapeutics, Inc. |
| 2 | 9,808,465 B2 | 11/7/2017 | Heron Therapeutics, Inc. |
| 3 | 9,974,742 B2 | 5/22/2018 | Heron Therapeutics, Inc. |
| 4 | 9,974,793 B2 | 5/22/2018 | Heron Therapeutics, Inc. |
| 5 | 9,974,794 B2 | 5/22/2018 | Heron Therapeutics, Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

Case closed per D.I. 195 Final Judgment signed by Judge William C. Bryson on 12/09/2024

| CLERK<br>Randall C. Lohan | (BY) DEPUTY CLERK<br>MPB | DATE<br>12/09/2024 |

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**

## ADDENDUM TO AO 120 (ADDITIONAL PATENTS)

| DOCKET NO. | DATE FILED 7/27/2022 | U.S. DISTRICT COURT for the District of Delaware |
|---|---|---|
| PLAINTIFF HERON THERAPEUTICS, INC. | | DEFENDANT FRESENIUS KABI USA, LLC, and FRESENIUS KABI AG |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 6 | 10,500,208 B2 | 12/10/2019 | Heron Therapeutics, Inc. |
| 7 | 10,624,850 B2 | 04/21/2020 | Heron Therapeutics, Inc. |
| 8 | 10,953,018 B2 | 03/23/2021 | Heron Therapeutics, Inc. |
| 9 | 11,173,118 B2 | 11/16/2021 | Heron Therapeutics, Inc. |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |
|---|---|---|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |