**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HERON THERAPEUTICS, INC., | |
| Plaintiff, | |
| v. | C.A. No. 22-985-WCB |
| FRESENIUS KABI USA, LLC, | |
| Defendant. | |

## <u>NOTICE OF APPEAL</u>

NOTICE is hereby given that Defendant Fresenius Kabi USA, LLC ("Fresenius Kabi"), hereby appeals to the United States Court of Appeals for the Federal Circuit from this Court's Final Judgment entered on December 9, 2024 (D.I. 195), together with all subsidiary rulings, orders and decisions underlying that judgment, including without limitation, the Court's Findings of Fact and Conclusions of Law (D.I. 193), claim construction order (D.I. 54), and summary judgment order (D.I. 150).

In accordance with 28 U.S.C. §§ 1913 and 1917, Rule 52 of the Federal Circuit Rules of Practice, and Federal Rule of Appellate Procedure 3(e), Fresenius Kabi submits payment of $605.00, representing the $600.00 filing fee and the $5.00 statutory fee.

Date: January 7, 2025

SMITH, KATZENSTEIN & JENKINS, LLP

*Of Counsel:*

*/s/ Daniel A. Taylor*

Imron T. Aly
Kevin M. Nelson
Helen H. Ji
Julie A. Vernon
ARENTFOX SCHIFF LLP
233 South Wacker Drive
Suite 7100
Chicago, IL 60606
(312) 258-5500
imron.aly@afslaw.com
kevin.nelson@afslaw.com
helen.ji@afslaw.com
julie.vernon@afslaw.com

Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 504-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant*
*Fresenius Kabi USA, LLC*